**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KATHLEEN C. CAMPBELL et al., | No. CV-05-0880-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| JUDY FERNANDO-SHOLES et al., | |
| Defendants. | |

Pending before the Court is a Motion for Substitution of Counsel (Dkt. 61), filed pursuant to LRCiv 83.3, by attorney Stephen J. Gonzalez who is requesting that he be substituted as counsel of record for Defendant Oasis in place of Bruce A. Sholes. Mr. Sholes who has been terminated as counsel by Oasis and has been suspended from the practice of law in the State of Arizona. The Motion bears the consent of Defendant through Managing Member Judy Fernando-Sholes. The Court will approve the substitution.

Accordingly,

**IT IS ORDERED** that the Application for Substitution of Counsel for Defendant Oasis (Dkt. 61) is **GRANTED**.

**IT IS FURTHER ORDERED** that Stephen J. Gonzalez be substituted as counsel of record for Defendant Oasis in place of Bruce A. Sholes.

**IT IS FURTHER ORDERED** that Bruce A. Sholes is withdrawn from representing Defendant Oasis as counsel of record.

DATED this 21st day of May, 2007.

Stephen M. McNamee
United States District Judge

Dockets.Justia.com