**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KATHLEEN C. CAMPBELL et al., ) | No. CV-05-0880-PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| JUDY FERNANDO-SHOLES et al., ) | |
| Defendants. ) | |

Pending before the Court is a Stipulation of Dismissal (Doc. 63) filed by Plaintiffs Kathleen C. Campbell, Capitol Enquiry Inc., and Capital Education, Inc. and Defendant Oasis at Wild Horse Ranch, L.L.C., pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.

Accordingly,

**IT IS ORDERED** that this action is dismissed **without** prejudice as to all claims against Oasis at Wild Horse Ranch, L.L.C.[1]

**IT IS FURTHER ORDERED** that this dismissal shall not apply to any other named party, nor shall it affect the default or the pending default judgment proceeding to be brought against co-defendant Bruce Sholes or the Law Offices of Bruce Sholes.

**IT IS FURTHER ORDERED** that each party shall bear their own legal expenses and fees.

DATED this 21st day of May, 2007.

Stephen M. McNamee
United States District Judge

---

[1] This dismissal is voluntary and will not be regarded as an adjudication upon the merits.